UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re

Randall L. Tetzner & Diane L. Tetzner         ,
Debtor(s).

Case Number: _____

Chapter: _13_____

DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on a separate form.*

Debtor's name (enter full name): __Randall L. Tetzner_____

Does Debtor have a domestic support obligation: _____ yes _✓__ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Debtor's employer's name, address, and phone number: _____

_____.

Name, address and phone number for the holder of the claim of support:

_____

_____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued:

_____.

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim:

_____.

**I declare under penalty of perjury that the foregoing is true and correct.**

_Randall L. Tetzner_ (signature)
**Signature of Debtor**

· 9/15/2011
**Date**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re

Randall L. Tetzner & Diane L. Tetzner

Debtor(s).

Case Number: _____

Chapter: __13_____

JOINT DEBTOR'S STATEMENT OF DOMESTIC SUPPORT OBLIGATION(S)

*If filing jointly, information for joint debtor must be filled out on this form.*

Joint Debtor's name (enter full name): Diane L. Tetzner _____

Does Joint Debtor have a domestic support obligation: _____ yes ✓ no. If yes, please fill out the rest of this form. If no, do not fill out the rest, but sign where indicated below.

Joint Debtor's employer's name, address and phone number: _____

_____.

Name, address and phone number for the holder of the claim of support:

_____

_____.

AS OF THE DATE OF FILING THE BANKRUPTCY PETITION:

Amount of support obligation: $_____ per _____ (i.e. month, week, etc.)

Term of support obligation: from _____ until _____.

Amount that the domestic support obligation is in arrears: $_____.

Court name and jurisdiction in which order of support was issued:

_____.

Court Case No. _____.

Name, address and phone number of the State child support enforcement agency involved in such claim:

_____.

**I declare under penalty of perjury that the foregoing is true and correct.**

_____
**Signature of Joint Debtor**

9/15/2011
_____
**Date**

Penalty for making a false statement: Fine up to $250,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571