**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

In Re:                                                          )
                                                               )
                                                               )   Case Number:     11–21205–TLM
Randall L Tetzner                                              )
1318 E Locust Ave                                             )   Chapter Number: 13
Coeur D Alene, ID 83814–4737                                  )
                                                               )
Social Security No.: xxx–xx–3552                             )
Employer's Tax I.D. No.:                                      )
                                                               )
                         Debtor                                )
                                                               )
Diane L Tetzner                                               )
1318 E Locust Ave                                             )
Coeur D Alene, ID 83814–4737                                  )
                                                               )
Social Security No.: xxx–xx–7031                             )
Employer's Tax I.D. No.:                                      )
                                                               )
                     Joint Debtor                             )
                                                               )
_____   )

**INCOME TAX TURNOVER ORDER**

THE DEBTOR(S) ARE HEREBY ORDERED to file all required income and other tax returns with the US Government (Internal Revenue Service) any state and other taxing authority within the time limits provided by law and to DELIVER SIGNED COPIES OF THOSE RETURNS TO THE TRUSTEE, IN THE CASE for all tax years this case is pending or the plan is in effect.

YOU ARE FURTHER ORDERED to turn over to the Trustee all income tax returns and refunds now held or hereafter received while the plan is in effect.

THE TRUSTEE ASSIGNED to your case is:

> C Barry Zimmerman
> 601 Sherman Ave Ste 5
> POB 1240
> Coeur d'Alene, ID 83816

This order will remain in effect until your Chapter 12 or 13 plan has been completed. WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS CASE, A LOSS OF YOUR RIGHT TO A DISCHARGE OR OTHER POSSIBLE SANCTIONS.

Dated: 9/16/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court