## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

In Re:                                            )
                                                  )
                                                  )   Case Number:     11–21205–TLM
Randall L Tetzner                                 )
1318 E Locust Ave                                 )   Chapter Number: 13
Coeur D Alene, ID 83814–4737                      )
                                                  )
Social Security No.: xxx–xx–3552                  )
Employer's Tax I.D. No.:                          )
                                                  )
Debtor                                            )
                                                  )
Diane L Tetzner                                   )
1318 E Locust Ave                                 )
Coeur D Alene, ID 83814–4737                      )
                                                  )
Social Security No.: xxx–xx–7031                  )
Employer's Tax I.D. No.:                          )
                                                  )
Joint Debtor                                      )
_____         )
                                                  )

### NOTICE APPOINTING TRUSTEE AND BOND REQUIREMENTS

NOTICE IS HEREBY GIVEN THAT

C Barry Zimmerman has been appointed trustee of this case. The surety on trustee's standing bond which is on file with the court shall be bound according to the terms thereof. You will be deemed by the court as having accepted this appointment if a rejection is not filed within seven (7) days from the date hereof.

Dated: 9/16/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court