## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

|  |  |  |
|---|---|---|
| In Re: | ) | |
| | ) | |
| | ) | Case Number:    11−21205−TLM |
| Randall L Tetzner | ) | |
| 1318 E Locust Ave | ) | Chapter Number: 13 |
| Coeur D Alene, ID 83814−4737 | ) | |
| | ) | |
| Social Security No.: xxx−xx−3552 | ) | |
| Employer's Tax I.D. No.: | ) | |
| | ) | |
| Debtor | ) | |
| | ) | |
| Diane L Tetzner | ) | |
| 1318 E Locust Ave | ) | |
| Coeur D Alene, ID 83814−4737 | ) | |
| | ) | |
| Social Security No.: xxx−xx−7031 | ) | |
| Employer's Tax I.D. No.: | ) | |
| | ) | |
| Joint Debtor | ) | |
| _____ | ) | |
| | ) | |

### NOTICE APPOINTING TRUSTEE AND BOND REQUIREMENTS

NOTICE IS HEREBY GIVEN THAT

C Barry Zimmerman has been appointed trustee of this case. The surety on trustee's standing bond which is on file with the court shall be bound according to the terms thereof. You will be deemed by the court as having accepted this appointment if a rejection is not filed within seven (7) days from the date hereof.

Dated: 9/16/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:                                                                 Case No. 11-21205-TLM
Randall L Tetzner                                                      Chapter 13
Diane L Tetzner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0976-2          User: strumbull          Page 1 of 1              Date Rcvd: Sep 16, 2011
                              Form ID: ntcapttr         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2011.
db/jdb         Randall L Tetzner,   Diane L Tetzner,   1318 E Locust Ave,   Coeur D Alene, ID  83814-4737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2011**                    **Signature:**    _Joseph Speetjens_