**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

In Re:                                          )
                                                )
                                                )   Case Number:      11–21205–TLM
Randall L Tetzner                               )
1318 E Locust Ave                               )
Coeur D Alene, ID 83814–4737                    )   Chapter Number: 13
                                                )
                                                )
Social Security No.: xxx–xx–3552                )
Employer's Tax I.D. No.:                        )
                                                )
                                                )
                    Debtor                      )
                                                )
                                                )
Diane L Tetzner                                 )
1318 E Locust Ave                               )
Coeur D Alene, ID 83814–4737                    )
                                                )
                                                )
Social Security No.: xxx–xx–7031                )
Employer's Tax I.D. No.:                        )
                                                )
                                                )
                Joint Debtor                    )
                                                )
_____    )

**INCOME TAX TURNOVER ORDER**

THE DEBTOR(S) ARE HEREBY ORDERED to file all required income and other tax returns with the US Government (Internal Revenue Service) any state and other taxing authority within the time limits provided by law and to DELIVER SIGNED COPIES OF THOSE RETURNS TO THE TRUSTEE, IN THE CASE for all tax years this case is pending or the plan is in effect.

YOU ARE FURTHER ORDERED to turn over to the Trustee all income tax returns and refunds now held or hereafter received while the plan is in effect.

THE TRUSTEE ASSIGNED to your case is:

>    C Barry Zimmerman
>    601 Sherman Ave Ste 5
>    POB 1240
>    Coeur d'Alene, ID 83816

This order will remain in effect until your Chapter 12 or 13 plan has been completed. WILLFUL FAILURE TO OBEY THIS ORDER MAY RESULT IN THE DISMISSAL OF THIS CASE, A LOSS OF YOUR RIGHT TO A DISCHARGE OR OTHER POSSIBLE SANCTIONS.

Dated: 9/16/11

                                                Elizabeth A Smith
                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:                                                              Case No. 11-21205-TLM
Randall L Tetzner                                                   Chapter 13
Diane L Tetzner
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0976-2        User: strumbull        Page 1 of 1           Date Rcvd: Sep 16, 2011
                           Form ID: oinctx13       Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2011.
db/jdb        Randall L Tetzner,   Diane L Tetzner,   1318 E Locust Ave,   Coeur D Alene, ID  83814-4737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security
Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the
bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 18, 2011                       Signature:      _Joseph Speetjens_____