**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF IDAHO**

In Re:                                                          )
                                                               )
Randall L Tetzner                                              )    Case Number:    11–21205–TLM
1318 E Locust Ave                                             )
Coeur D Alene, ID 83814–4737                                   )    Chapter Number: 13
                                                               )
Social Security No.: xxx–xx–3552                               )
Employer's Tax I.D. No.:                                       )
                                                               )
                    Debtor                                     )
                                                               )
Diane L Tetzner                                               )
1318 E Locust Ave                                             )
Coeur D Alene, ID 83814–4737                                   )
                                                               )
Social Security No.: xxx–xx–7031                               )
Employer's Tax I.D. No.:                                       )
                                                               )
                    Joint Debtor                              )
                                                               )
_____    )

**ORDER TO DEBTOR DIRECTING PAYMENT TO TRUSTEE**

The plan having been filed in the above described Chapter 13 proceeding on 9/15/11 , debtors(s) herein are ORDERED and DIRECTED to pay the sum as proposed in the debtor's plan, in certified funds (no personal checks) to the following trustee appointed in this matter:

C Barry Zimmerman
601 Sherman Ave Ste 5
POB 1240
Coeur d'Alene, ID 83816
208–664–6100

The first payment is to be paid to said trustee no later than 30 DAYS FROM THE FILING OF THE PETITION, UNLESS OTHERWISE ORDERED BY THE COURT, and monthly thereafter until such time as the matter is heard, and as further ordered by the Court.

Dated: 9/16/11

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of Idaho

In re:                                                                Case No. 11-21205-TLM
Randall L Tetzner                                                     Chapter 13
Diane L Tetzner
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0976-2          User: strumbull          Page 1 of 1          Date Rcvd: Sep 16, 2011
                             Form ID: opaytr           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 18, 2011.
db/jdb        Randall L Tetzner,   Diane L Tetzner,   1318 E Locust Ave,   Coeur D Alene, ID  83814-4737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 18, 2011**                          **Signature:** _Joseph Speetjens_