The Honorable Judge Chief  Terry L Myers

Chapter 13

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO
AT COEUR DALENE

In Re:

Randall L Tetzner and
Diane L Tetzner

Debtors.

CASE NO.  11-21205-TLM

REQUEST FOR SPECIAL NOTICE
BY Wells Fargo Bank, N.A.

Secured Creditor, Wells Fargo Bank, N.A. ("Creditor") hereby requests notice of all moving papers in this proceeding to be duly served upon the undersigned at their address of business, Routh Crabtree Olsen, P.S., 13555 SE 36th St., Suite 300, Bellevue, WA  98006.

Dated September ___25____, 2011

ROUTH CRABTREE OLSEN, P.S.

By: /s/  James K Miersma, ISB #6549 for:
Lance Olsen
On behalf of Wells Fargo Bank, N.A.

Request for Special Notice
Page - 1

ROUTH CRABTREE OLSEN, P.S.
13555 SE 36TH ST., SUITE 300
BELLEVUE, WA  98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131