C. Barry Zimmerman, Chapter 13 Trustee
cbarryz@my180.net
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]

# United States Bankruptcy Court
# District of Idaho

In re:

Tetzner, Randall and Diane

               Debtor(s)

Case No.: 11-21205-TLM

Chapter 13

## Trustee's Recommendation Regarding Confirmation of Plan

_____

Based on the Trustee's review of the Plan, Schedules, Statement of Financial Affairs, Official Form B22C, and Payment Advices, the following recommendation is made concerning the Chapter 13 Plan dated September 15th, 2011 [Docket No. 8]:

[X]   The Trustee recommends confirmation:

[ ]   The Trustee objects to confirmation on the following denoted

    grounds:

[ ]   1. Compliance with Bankruptcy Code. [11 U.S.C. 1325(a)(1)]

[ ]   2. Unpaid Fees or Charges. [11 U.S.C. 1325(a)(2)]

[ ]   3. Debtor's Good Faith. [11 U.S.C. 1325(a)(3) and (a)(7)]

[ ]   4. Liquidation Analysis. [11 U.S.C 1325(a)(4)]

(a) Estimated amount that would be paid to unsecured creditors
    under a hypothetical Chapter 7 case:            $43.00

(b) Proposed Plan payments to Priority Creditors:    $0.00

(c) Proposed Plan payments to non-priority unsecured creditors:    $2,984.18

(d) Total payments to unsecured creditors:    $2,984.18

[ ]   5. Treatment of Secured Claims. [11 U.S.C. 1325(a)(5)]
-   The proposed Confirmation Order will account for the arrearage listed on Proof of Claim #3-1 filed by Wells Fargo Bank.

[ ]   6. Chapter 13 Plan Feasibility. [11 U.S.C. 1325(a)(6)]

[ ]   7. Domestic Support Obligations. [11 U.S.C. 1325(a)(8)]

[ ]   8. Federal and State Tax Returns. [11 U.S.C. 1325(a)(9)]

[ ]   9. Plan Term. [11 U.S.C. 1322 (d)]

   [X]  Form B22C, Line 16 is greater than Line 15 - minimum 3
      year Plan.

   [ ]  Form B22C, Line 15 is greater than Line 16 - 5 year Plan.

[ ]   10. Plan Payments [11 U.S.C. 1322 and 1325 (b)]

[ ]   11. Income Not Included in Debtors Disposable Income
      Calculation.

   [ ]  Social Security Act Payment [11 U.S.C. 101 (10A)]

   [ ]  Marital Adjustment on Form B22C, Line 13.

   [ ]  Retirement Plan Contributions [11 U.S.C. 541(b)(7)]

   [ ]  Retirement Plan Loan Repayments [11 U.S.C. 1322(f)]

   [ ]  Payments Under 11 U.S.C. 1325 (b)(2).

   Total amount of income not included in disposable income:

12. Projected Disposable Income Analysis:

   Monthly Net Income from line 20(c), Schedule J:          $210.00

   Projected Disposable Income [Below median income]:       $210.00

   Projected Disposable Income, from Line 59 of Form
   B22C [Above Median Income]:                              Not Applicable

   Projected Total Plan Payments                            $7,560.00

13. Pending Objections to Confirmation:


DATED this November 1, 2011


                              /s/ C. Barry Zimmerman
                              Chapter 13 Trustee