C. Barry Zimmerman, Chapter 13 Trustee
cbarryz@my180.net
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]

# United States Bankruptcy Court
## District of Idaho

In re:

Tetzner, Randall L. and
Diane L.

Case No. 11-21205 -TLM

Chapter 13

Debtor(s)

## Chapter 13 Trustee's Initial Status Report and Minutes of 341 (a) Meeting of Creditors

Date of 341(a) Meeting: 10/21/11 @ 09:00AM, Location of Meeting: Coeur d Alene
Name of Trustee: Zimmerman     Date Case Filed: 09/15/11

[ Recording Tape No \     Tape Counter No 3

DEBTOR:(X) SWORN & EXAMINED ( ) DID NOT APPEAR
DEBTOR ADDRESS CHANGE:_____
DEBTOR'S ATTORNEY: (X) PRESENT ( ) NOT PRESENT ( ) PRO SE
CREDITORS APPEARING: (X) NONE

ACTION ITEMS:
a. ( )341(a) Meeting Continued to:
b. ( )Dismiss for Failure of Debtor and/or Attorney to Appear
c. ( )Discharge Information Given to Debtor
d. ( )Unscheduled Assets Identified:

GENERAL COMMENTS
(x)DEBTOR EXAMINED
(x)SCHEDULES AND STATEMENT OF AFFAIRS FILED
(x)STATEMENT OF INCOME AND EXPENDITURES FILED
(x)DEBTOR INFORMED OF FAILURE TO COOPERATE WITH TRUSTEE OR
   U.S.TRUSTEE OR SUBMIT REQUIRED INFORMATION CONSTITUTES
   GROUND FOR DISMISSAL

_____ TRUSTEE