UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In Re:                                    )
                                          )
Tetzner, Randall and Diane                ) Case No. 11-21205-TLM
                                          )
Debtor(s)                                 )
_____)

_____

ORDER CONFIRMING CHAPTER 13 PLAN
AND GRANTING RELATED MOTIONS

_____

IT HAVING BEEN DETERMINED AFTER NOTICE AND A HEARING THAT:

1.      The Chapter 13 Plan and Related Motions comply with the provisions of this chapter and with other applicable provisions of this title;

2.      Any fees, charges or amounts required to be paid under the Chapter 13 Plan or 28 U.S.C 1911 et seq. have been paid;

3.      The Chapter 13 Plan and Related Motions have been proposed in good faith and not by any means forbidden by law, and the filing of the petition was in good faith;

4.      The value, as of the effective date of the Chapter 13 Plan and Related Motions, of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on such claim if the estate of the debtor were liquidated under 11 U.S.C chapter 7 on such date;

5.      With respect to each allowed secured claim provided for by the plan –

    a.      the holder of such claim has accepted the plan; or

    b.      the plan provides that the holder of such claim retain the lien securing such claim, and receive payment consistent with the terms of 11 U.S.C. 1325(s)(5)(B)(i), (ii) and (iii), or

    c.      the property securing such claim is surrendered to the holder of such claim.

6.      The debtor will be able to make all payments under the plan, and to comply with the plan.

7.      The debtor has paid all amounts required under 11 U.S.C. 1325(a)(8).

8.      The debtor has filed all applicable Federal, State and local tax returns.

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

1.      A.      The Chapter 13 Plan is confirmed and Related Motions are granted, incorporating the following modifications:

- The debtors' Plan is extended to 46 months.

- Wells Fargo Bank, N.A. will receive $4,529.24 in accordance with Proof of Claim #3-1 filed October 6th, 2011.

B.      The value of collateral securing debts due holders of secured claims is fixed as stated herein:

| CREDITOR | DESCRIPTION OF COLLATERAL | ALLOWED VALUE | RATE OF INTEREST |
|---|---|---|---|
| Bank of America, N.A. | 2003 Ford Escape | $1,000.00 | 7.5% |

C.      Pursuant to the motion of debtor contained in debtor's plan and 11 U.S.C. 365(a), the following unexpired leases and/or executory contracts are assumed upon the following terms, or are rejected.

| CREDITOR | COLLATERAL DESCRIPTION | REJECT OR ASSUME | TOTAL IN DEFAULT | DEAFAULT PAYMENT PAID THOUGH TRUSTEE | PAYMENT MADE DIRECTLY BY DEBTOR |
|---|---|---|---|---|---|
| NONE | | | | | |

D.      Pursuant to the motion of debtor contained in debtor's plan and 11 U.S.C. 522(f)(1)(A), the judicial liens of the creditors are avoided, the court

finding that such lien impair an exemption to which the debtor is entitled under applicable law.

| CREDITOR | DESCRIPTION OF JUDICIAL LIEN | COUNTY & INSTRUMENT NUMBER |
|----------|------------------------------|----------------------------|
| NONE     |                              |                            |

E.      Pursuant to the motion of debtor contained in debtor's plan and 11 U.S.C. 522(f)(1)(B), the nonpossessory, non-purchase money security interests of the following creditors are avoid, the court finding that the interests impair an exemption to which the debtor is entitled under applicable law.

| CREDITOR | DESCRIPTION OF EXEMPT PROPERTY |
|----------|--------------------------------|
| NONE     |                                |

// end of text //

DATED:  November 8, 2011

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE


Order Submitted By: /s/ C. Barry Zimmerman, Trustee
/s/ Michael McFarland, Attorney
/s/ Randall Tetzner, Debtor
/s/ Diane Tetzner, Co-Debtor