UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

Randall L. Tetzner and

Diane L. Tetzner,

Debtors.

Case No. 11-21205-TLM

**ORDER**

The Court, having considered the Stipulation entered into between the parties and filed on March 23, 2012 as Docket No. 30, and good cause appearing, it is hereby ordered that the Stipulation is APPROVED and adopted as the Order of the Court.

/ / end of text / /

DATED:  March 26, 2012



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:
           /s/

Brian R. Langford,
Attorney for Creditor

ORDER  – P. 1