UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re:

Randall L. Tetzner and

Diane L. Tetzner,

Case No. 11-21205-TLM

Debtors.

**ORDER**

The Court, having considered the Stipulation entered into between the parties and filed on March 23, 2012 as Docket No. 30, and good cause appearing, it is hereby ordered that the Stipulation is APPROVED and adopted as the Order of the Court.

/ / end of text / /

DATED:  March 26, 2012

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by:
        /s/

Brian R. Langford,
Attorney for Creditor

ORDER – P. 1

United States Bankruptcy Court
District of Idaho

In re:                                                                    Case No. 11-21205-TLM
Randall L Tetzner                                                         Chapter 13
Diane L Tetzner
       Debtors

## CERTIFICATE OF NOTICE

District/off: 0976-2          User: awilliams           Page 1 of 2            Date Rcvd: Mar 26, 2012
                              Form ID: pdf040           Total Noticed: 2


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2012.
db/jdb         Randall L Tetzner,   Diane L Tetzner,   1318 E Locust Ave,   Coeur D Alene, ID  83814-4737
cr            +Wells Fargo Bank, N.A.,   Routh Crabtree Olsen, PS,   c/o Lance Olsen,
               13555 SE 36th St., Suite 300,,   Bellevue, WA 98006-1489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0


        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


**Date: Mar 28, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0976-2          User: awilliams        Page 2 of 2              Date Rcvd: Mar 26, 2012
                              Form ID: pdf040         Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2012 at the address(es) listed below:
          Brian R Langford    on behalf of Creditor  Wells Fargo Bank, N.A. blangford@rcolegal.com
          C Barry Zimmerman    barryzimmerman@cda.twcbc.com,
           coeurecf@ramapo.com;bzimmerman@ecf.epiqsystems.com
          James K Miersma    on behalf of Creditor  Wells Fargo Bank, N.A. ecfid@rcflegal.com
          Lance E Olsen    on behalf of Creditor  Wells Fargo Bank, N.A. ecfid@rcflegal.com
          Michael B McFarland    on behalf of Debtor Randall Tetzner mbm@icehouse.net
          US Trustee    ustp.region18.bs.ecf@usdoj.gov

                                                                            TOTAL: 6