C. Barry Zimmerman, Trustee
chapter13trustee@icehouse.net
P.  O.  Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 (Facsimile)


United States Bankruptcy Court
District of Idaho

IN RE:                       )
                             )
 Tetzner,                    ) Case No.  1121205-TLM
 Randall & Diane
                             )     CHAPTER 13
             Debtor(s) )
_____)

TRUSTEE'S MOTION TO DISMISS AND NOTICE

     COMES NOW the undersigned Chapter 13 Trustee, and
pursuant to 11USC1307(c) hereby moves to dismiss this case
for "cause" including the following:

Debtor's plan pmts. are delinquent for total of   $830.00

ARREARAGE DOES NOT INCLUDE PMTS. DUE AFTER  04/19/12

NOTICE OF RIGHT TO OBJECT TO DISMISSAL
AND TO REQUEST A HEARING

TO:  The above Debtor(s) and to their Attorney

     YOU ARE HEREBY NOTIFIED THAT if you object to entry of
and Order Dismissing this Chapter 13 case for the cause
stated above, YOU ARE REQUIRED TO CONTACT THE CHAPTER 13
TRUSTEE at the above address to either (A) request that this
motion be set before the Court for hearing; or (B) to make
arrangements with the Chapter 13 Trustee to cure any default
under the Chapter 13 Plan.(C) Contact your Attorney and request
that an objection be filed with the court on your behalf, and
that said objection be set before the Court for hearing.


     YOU ARE FURTHER HEREBY NOTIFIED THAT if you fail to
contact the Chapter 13 Trustee within 20 days of the date of
service of this motion, or an objection is not filed on your
behalf that the Chapter 13 Trustee will present an Order
Dismissing this case to the Court for entry without further
notice to you or a hearing.

Dated:  04/19/12


/S/ C. Barry Zimmerman
Chapter 13 Trustee

CERTIFICATE OF SERVICE

 I hereby certify that on  04/19/12, I electronically
filed the foregoing with the Clerk of the Court using CM/ECF
system which sent a Notice of Electronic Filing to the following
persons:

 MICHAEL B MCFARLAND PA

    And, I hereby certify that I have mailed by United States
Postal Service the foregoing documents(s) to the following
non-CM/ECF Registered Participants(s).

 Randall & Diane  Tetzner
 1318 E. Locust Ave.
 Coeur d'Alene,  ID  83814

                    /s/ Lori Zimmerman, Administrator