**C. Barry Zimmerman**
**Chapter 13 Trustee**
**P.O. Box 1240**
**Coeur d'Alene, ID 83814**
**(208) 664-6100 - Telephone**
**(208) 664-4737 - Facsimile**
**cbarryz13@gmail.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **Tetzner, Randall & Diane** | **CASE NO.  11-21205-TLM** |
| | **TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS** |

NOW COMES C. Barry Zimmerman, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and withdraws his Motion to Dismiss dated April 19th, 2012.

DATED:  May 24, 2012

/s/ C. Barry Zimmerman            ____
**C. Barry Zimmerman, Trustee**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 1**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 24, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Michael McFarland, Attorney

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Randall & Diane Tetzner
1318 E. Locust Ave.
Coeur d'Alene, ID 83814

**/s/ Hayley Powers**
**Hayley Powers, Administrator**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 2**