C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d'Alene, ID  83816
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
cbarryz13@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

IN RE:

Tetzner, Randall L. & Diane L.

CHAPTER 13

CASE NO. 11-21205-TLM

**TRUSTEE'S MOTION TO
DISMISS AND NOTICE**

**NOW COMES**, the undersigned Chapter 13 Trustee, and pursuant to United States Bankruptcy Rule 9014 and 11 U.S.C. § 1307(c) hereby moves to dismiss this case for "cause" including the following:

**- Debtors are in arrears $530.75 to date.**

**NOTICE OF RIGHT TO OBJECT TO DISMISSAL**

TO:    The above Debtor(s) and to their Attorney:

**YOU ARE HEREBY NOTIFIED THAT** if you object to entry of an Order Dismissing this Chapter 13 case for the cause stated above, YOU ARE REQUIRED TO CONTACT THE CHAPTER 13 TRUSTEE at the above address.

**YOU ARE HEREBY FURTHER NOTIFIED THAT** if you fail to contact the Chapter 13 Trustee within 20 days of the date of service of this Motion, the Chapter 13 Trustee will present an Order Dismissing the case to the Court for entry without further notice to you or a hearing.

DATED:  November 13, 2012

**/s/** C. Barry Zimmerman
**C. Barry Zimmerman, Ch. 13 Trustee**

<u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on November 13, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Michael B. McFarland, Attorney for Debtor

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Randall L. & Diane L. Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814-4737

/s/ Hayley Powers
**Hayley Powers, Administrator**