C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d'Alene, ID 83814
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
cbarryz13@gmail.com

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

Tetzner, Randall L. & Diane L.

CHAPTER 13

CASE NO.  11-21205-TLM

TRUSTEE'S WITHDRAWAL OF
MOTION TO DISMISS

NOW COMES C. Barry Zimmerman, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and withdraws his Motion to Dismiss dated November 13th, 2012.

DATED:  December 20, 2012

/s/ C. Barry Zimmerman ___
C. Barry Zimmerman, Trustee

TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on December 20, 2012, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Michael B. McFarland, Attorney

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Randall L. & Diane L. Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814

**/s/ Hayley Powers**
**Hayley Powers, Administrator**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 2**