UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:                                                      ]
                                                         ]
Tetzner, Randall & Diane                                 ]    Case No.  11-21205
                                                         ]
                                                         ]    ORDER TO EMPLOYER TO PAY
                                                         ]    THE TRUSTEE
_____ ]

The above named debtor has pending in this Court a proceeding
under Chapter 13 of Title 11 U. S. Code and pursuant to the provisions of said statute and of the
debtor's plan the debtor has submitted all future earnings and wages to the exclusive jurisdiction
of this Court for the purpose of consummating the Plan.

Under the provisions of 11 U.S.C. 1207 or 1306 of he Code, the employer of the debtor may be
required, upon the order of this Court, to pay over such portion of the wages or earnings of the
debtor as may be needed to effectuate said plan, and such an order is necessary and proper, now
therefore,

IT IS ORDERED, that, until the Chapter 13 Trustee, identified below, directs, in writing,
otherwise, the employer of said debtor
Center Partners.
Atten:Lacey
1201 Ironwood
Coeur d'Alene, ID 83814

shall deduct from the earnings of said debtor the sum of **$105.00 each pay period beginning
with the next pay day following the receipt of this Order,** and to deduct a similar amount for
each pay period thereafter, including any period for which the debtor receives periodic, or lump
sum payment for or on account of vacation, termination, or other benefits arising out of present
or past employment of the debtor, and to forthwith remit the sums so deducted to:

   C. Barry Zimmerman, Trustee
    P O  Box 1240
    Coeur d'Alene  ID  83816-1240
IT IS FURTHER ORDERED, that said employer notify said trustee if the employment of said
debtor be terminated and the reason for such termination.

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amounts
required to be withheld by the provisions of any laws of the United States, the laws of any State
or political subdivision, or by any insurance, pension or union dues agreement between employer
and the debtor, or by Order of this Court, be paid to the aforesaid debtor in accordance with the
employer's usual payroll procedure.

IT IS FURTHER ORDERED, that no deduction for account of any garnishment, wage assignment, credit union, or other purpose not specifically authorized by this Court be made from the earnings of said Debtor.

IT IS FURTHER ORDERED, that this Order supersedes previous Orders, if any, made to the subject employer in this cause.

Dated: 7/9/13


By Order of the Court
Elizabeth Smith, Clerk
Clerk U.S. Bankruptcy Court

By: Annie Williams