# Notice Recipients

District/Off: 0976–2           User: awilliams           Date Created: 7/9/2013

Case: 11–21205–TLM           Form ID: pdf039           Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Randall L Tetzner | 1318 E Locust Ave | | Coeur D Alene, ID 83814–4737 |
| jdb | Diane L Tetzner | 1318 E Locust Ave | | Coeur D Alene, ID 83814–4737 |
| | Center Partners | 1201 Ironwood | Attn: Lacey | Coeur d Alene, ID 83814 |

TOTAL: 3