C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d'Alene, ID 83814
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
cbarryz13@gmail.com


## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: | CHAPTER 13 |
| Tetzner, Randall L. & Diane L. | CASE NO.  11-21205-TLM |
| | TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS |

NOW COMES C. Barry Zimmerman, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho and withdraws his Motion to Dismiss dated July 2nd, 2013.


DATED:  July 29, 2013


/s/ C. Barry Zimmerman         ___
**C. Barry Zimmerman, Trustee**


TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 1

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that on July 29, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Michael B. McFarland, Attorney

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Randall L. & Diane L. Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814

/s/ Hayley Powers
**Hayley Powers, Administrator**

**TRUSTEE'S WITHDRAWAL OF MOTION TO DISMISS - 2**