C. Barry Zimmerman
Chapter 13 Trustee
P.O. Box 1240
Coeur d'Alene, ID  83816
(208) 664-6100 - Telephone
(208) 664-4737 - Facsimile
cbarryz13@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| IN RE:<br><br>Tetzner, Randall & Diane | CHAPTER 13<br><br>CASE NO 11-21205-TLM<br><br>**TRUSTEE'S MOTION TO DISMISS AND NOTICE** |

**NOW COMES**, the undersigned Chapter 13 Trustee, and pursuant to United States Bankruptcy Rule 9014 and 11 U.S.C. § 1307(c) hereby moves to dismiss this case for "cause" including the following:

- **The debtors have failed to comply with the Chapter 13 Plan and are $1290.75 delinquent. Also Missing 2012 Federal & State tax returns and refunds.**

**NOTICE OF RIGHT TO OBJECT TO DISMISSAL**

TO:    The above Debtor(s) and to their Attorney:

**YOU ARE HEREBY NOTIFIED THAT** if you object to entry of an Order Dismissing this Chapter 13 case for the cause stated above, YOU ARE REQUIRED TO CONTACT THE CHAPTER 13 TRUSTEE at the above address.

**YOU ARE HEREBY FURTHER NOTIFIED THAT** if you fail to contact the Chapter 13 Trustee within 20 days of the date of service of this Motion, the Chapter 13 Trustee will present an Order Dismissing the case to the Court for entry without further notice to you or a hearing.

DATED:  October 29, 2013

/s/ C. Barry Zimmerman
**C. Barry Zimmerman, Ch. 13 Trustee**

CERTIFICATE OF SERVICE


**I HEREBY CERTIFY** that on October 29, 2013, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:


Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

Michael McFarland, Attorney


**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:


Randall & Diane Tetzner
1318 E. Locust Ave.
Coeur d'Alene, ID 83814

/s/ Lori Zimmerman
**Lori Zimmerman, Administrator**