# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–2 | User: awilliams | Date Created: 3/7/2014 |
| Case: 11–21205–TLM | Form ID: pdf039 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Randall L Tetzner | 1318 E Locust Ave | Coeur D Alene, ID 83814–4737 |
| jdb | Diane L Tetzner | 1318 E Locust Ave | Coeur D Alene, ID 83814–4737 |
| | Kootenai Health | 2003 Kootenai Health Way | Coeur d'Alene, ID 83814 |

TOTAL: 3