# Notice Recipients

District/Off: 0976–2        User: awilliams        Date Created: 9/3/2014

Case: 11–21205–TLM        Form ID: pdf039        Total: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Randall L Tetzner | 1318 E Locust Ave | Coeur D Alene, ID 83814–4737 | |
| jdb | Diane L Tetzner | 1318 E Locust Ave | Coeur D Alene, ID 83814–4737 | |
| | Kootenai Health | 2003 Kootenai Health Way | Attn: Diane Waddell | Coeur d'Alene, ID 83814 |

TOTAL: 3