UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

Re:                                                    ]
                                                       ]
Tetzer, Randall & Diane                                ]   Case No.  11-21205
                                                       ]
                                                       ]   SECOND AMENDED
                                                       ]   ORDER TO EMPLOYER TO PAY
                                                       ]   THE TRUSTEE
_____]

The above named debtor has pending in this Court a proceeding
under Chapter 13 of Title 11 U. S. Code and pursuant to the provisions of said statute and of the
debtor's plan the debtor has submitted all future earnings and wages to the exclusive jurisdiction
of this Court for the purpose of consummating the Plan.

Under the provisions of 11 U.S.C. 1207 or 1306 of he Code, the employer of the debtor may be
required, upon the order of this Court, to pay over such portion of the wages or earnings of the
debtor as may be needed to effectuate said plan, and such an order is necessary and proper, now
therefore,

IT IS ORDERED, that, until the Chapter 13 Trustee, identified below, directs, in writing,
otherwise, the employer of said debtor
Kootenai Health
Atten: Diane Waddell
2003 Kootenai Health Way
Coeur d'Alene, ID 83814
shall deduct from the earnings of said debtor the sum of **$101.54 biweekly pay period of the
month  beginning with the next pay day following the receipt of this Order,** and to deduct a
similar amount for each pay period thereafter, including any period for which the debtor receives
periodic, or lump sum payment for or on account of vacation, termination, or other benefits
arising out of present or past employment of the debtor, and to forthwith remit the sums so
deducted to:

   C. Barry Zimmerman, Trustee
   P O  Box 1240
   Coeur d'Alene  ID  83816-1240

IT IS FURTHER ORDERED, that said employer notify said trustee if the employment of said
debtor be terminated and the reason for such termination.

IT IS FURTHER ORDERED, that all earnings and wages of the debtor, except the amounts
required to be withheld by the provisions of any laws of the United States, the laws of any State
or political subdivision, or by any insurance, pension or union dues agreement between employer
and the debtor, or by Order of this Court, be paid to the aforesaid debtor in accordance with the
employer's usual payroll procedure.

IT IS FURTHER ORDERED, that no deduction for account of any garnishment, wage assignment, credit union, or other purpose not specifically authorized by this Court be made from the earnings of said Debtor.

IT IS FURTHER ORDERED, that this Order supersedes previous Orders, if any, made to the subject employer in this cause.

Dated: 9/3/14


By Order of the Court
Elizabeth Smith, Clerk
Clerk U.S. Bankruptcy Court

By: Annie Williams

United States Bankruptcy Court
District of Idaho

In re:
Randall L Tetzner
Diane L Tetzner
        Debtors

Case No. 11-21205-TLM
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0976-2          User: awilliams          Page 1 of 1          Date Rcvd: Sep 03, 2014
                             Form ID: pdf039           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 05, 2014.
db/jdb          Randall L Tetzner,   Diane L Tetzner,   1318 E Locust Ave,   Coeur D Alene, ID  83814-4737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
          +E-mail/Text: slewis@kh.org Sep 04 2014 03:39:01     Kootenai Health,   2003 Kootenai Health Way,
          Attn: Diane Waddell,   Coeur d'Alene, ID 83814-6051
                                                                                          TOTAL: 1

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 05, 2014                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 3, 2014 at the address(es) listed below:
          Brian R Langford    on behalf of Creditor   Wells Fargo Bank, N.A. brian@mhmlawoffices.com
          C Barry Zimmerman    on behalf of Trustee C Barry Zimmerman barryzimmerman@cda.twcbc.com,
           bzimmerman@ecf.epiqsystems.com
          C Barry Zimmerman    barryzimmerman@cda.twcbc.com,   bzimmerman@ecf.epiqsystems.com
          James K Miersma    on behalf of Creditor   Wells Fargo Bank, N.A. ecfid@rcflegal.com
          Lance E Olsen    on behalf of Creditor   Wells Fargo Bank, N.A. ecfid@rcflegal.com
          Michael B McFarland    on behalf of Debtor Randall L Tetzner mbm@icehouse.net
          Michael B McFarland    on behalf of Joint Debtor Diane L Tetzner mbm@icehouse.net
          US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                              TOTAL: 8