**UNITED STATES BANKRUPTCY COURT**
**District of Idaho (Coeur dAlene)**

**IN RE:  Randall L Tetzner**
**         Diane L Tetzner**

**CASE NO:  11-21205**

**NOTICE OF CHANGE OF ADDRESS FOR**
**PAYMENTS FROM CHAPTER 13 TRUSTEE**

Bank of America N.A. ("Creditor") hereby gives notice that all presently held or future payments to the Creditor for the Court claim number(s)   4    from the Chapter 13 Trustee should be sent to the Following address:

**OLD ADDRESS:**                              **NEW ADDRESS:**

Bank of America                              Bank of America
PO Box 26012                                 PO Box 15312
Greensboro, NC 27410                         Wilmington, DE 19850-5312


                                             /s/Shannon M Shafer, AVP
                                             Bank of America


**CERTIFICATE OF SERVICE**

I hereby certify that on        June 22, 2016            , a copy of the foregoing document was served on the following by ECF:

Trustee:

**C Barry Zimmerman**
601 Sherman Ave Ste 5
POB 1240
Coeur d'Alene, ID 83816                         /s/ Candy Catterton