C. Barry Zimmerman, Chapter 13 Trustee
cbarryz13@gmail.com
P.O. Box 1240
Coeur d'Alene, Id 83816
(208) 664-6100
(208) 664-4737 [Facsimile]

# United States Bankruptcy Court
# District of Idaho

In re:

Randall & Diane Tetzner

Case No**.: 11-21205-TLM**

Chapter 13

Debtor(s)

## CERTIFICATE OF COMPLETION

C. Barry Zimmerman, Chapter 13 Trustee in the above captioned matter, hereby certifies that to the best of his knowledge, information and belief, the above-named debtor(s) have completed all payments due under the Chapter 13 Plan. The Trustee will file a Final Report and Account when all checks issued in this case have cleared the payer's bank.  The Trustee recommends that the debtor(s) be granted discharge pursuant to 11 U.S.C 1328(a).

DATED this January 30, 2017

/s/ C. Barry Zimmerman
Chapter 13 Trustee