## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

In Re:

Randall L Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814−4737

Social Security No.: xxx−xx−3552
Employer's Tax I.D. No.:

Debtor

Diane L Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814−4737

Social Security No.: xxx−xx−7031
Employer's Tax I.D. No.:

Joint Debtor
_____

)
)
)
)
)
)
)
)
)
)
)
) )
)
)
)
)
)
)
)
)
)
)

Case Number:    11−21205−TLM

Chapter Number: 13

**NOTICE OF REQUIREMENT TO FILE CHAPTER 13 DEBTOR'S CERTIFICATION(S)
REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) (Official Form B 2830)**

Pursuant to 11 U.S.C. Section 1328(a) and (h), Chapter 13 Debtor(s) are required to file Official Form B 2830 regarding Domestic Support Obligations and Section 522(q) before a discharge can be entered. The above−named Debtor(s) are hereby notified that although plan payments appear to have been made, Official Form B 2830 is REQUIRED in order to receive a discharge. Failure to file the Certification(s) may result in this matter being closed without entry of a discharge. If, after closing, Debtor(s) file a Motion to Reopen the matter to allow for the filing of Official Form B 2830, Debtor(s) must pay the full reopening fee.

Dated: 1/30/17

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

*Note:* Official Form B 2830 is attached for your convenience. You may also visit our website at www.id.uscourts.gov for general Court information and access to Official Court Forms.

B2830 (Form 2830) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Randall L Tetzner | ) | Case Number:     11–21205–TLM |
| 1318 E Locust Ave | ) | |
| Coeur D Alene, ID 83814–4737 | ) | Chapter Number: 13 |
| | ) | |
| Social Security No.: xxx–xx–3552 | ) | |
| Employer's Tax I.D. No.: | ) | |
| | ) | |
| Debtor | ) | |
| | ) ) | |
| Diane L Tetzner | ) | |
| 1318 E Locust Ave | ) | |
| Coeur D Alene, ID 83814–4737 | ) | |
| | ) | |
| Social Security No.: xxx–xx–7031 | ) | |
| Employer's Tax I.D. No.: | ) | |
| | ) | |
| Joint Debtor | ) | |
| _____ | ) | |
| | ) | |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

* *Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   _____          _____
                   Date                                                     Debtor

B2830 (Form 2830) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

In Re:                                            )
                                                  )
Randall L Tetzner                                 )   Case Number:    11–21205–TLM
1318 E Locust Ave                                 )
Coeur D Alene, ID 83814–4737                      )   Chapter Number: 13
                                                  )
Social Security No.: xxx–xx–3552                  )
Employer's Tax I.D. No.:                          )
                                                  )
Debtor                                            )
                                                ) )
Diane L Tetzner                                   )
1318 E Locust Ave                                 )
Coeur D Alene, ID 83814–4737                      )
                                                  )
Social Security No.: xxx–xx–7031                  )
Employer's Tax I.D. No.:                          )
                                                  )
Joint Debtor                                      )
_____          )
                                                  )

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

* *Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   _____                    _____
                        Date                                                              Debtor