## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF IDAHO

In Re:

Randall L Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814−4737

Social Security No.: xxx−xx−3552
Employer's Tax I.D. No.:

Debtor

Diane L Tetzner
1318 E Locust Ave
Coeur D Alene, ID 83814−4737

Social Security No.: xxx−xx−7031
Employer's Tax I.D. No.:

Joint Debtor

_____

Case Number:     11−21205−TLM

Chapter Number: 13

### NOTICE OF REQUIREMENT TO FILE CHAPTER 13 DEBTOR'S CERTIFICATION(S) REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q) (Official Form B 2830)

Pursuant to 11 U.S.C. Section 1328(a) and (h), Chapter 13 Debtor(s) are required to file Official Form B 2830 regarding Domestic Support Obligations and Section 522(q) before a discharge can be entered. The above−named Debtor(s) are hereby notified that although plan payments appear to have been made, Official Form B 2830 is REQUIRED in order to receive a discharge. Failure to file the Certification(s) may result in this matter being closed without entry of a discharge. If, after closing, Debtor(s) file a Motion to Reopen the matter to allow for the filing of Official Form B 2830, Debtor(s) must pay the full reopening fee.

Dated: 1/30/17

Elizabeth A Smith
Clerk, U.S. Bankruptcy Court

*Note:* Official Form B 2830 is attached for your convenience. You may also visit our website at www.id.uscourts.gov for general Court information and access to Official Court Forms.

B2830 (Form 2830) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Randall L Tetzner ) | Case Number:    11−21205−TLM |
| 1318 E Locust Ave ) | |
| Coeur D Alene, ID 83814−4737 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx−xx−3552 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) ) | |
| Diane L Tetzner ) | |
| 1318 E Locust Ave ) | |
| Coeur D Alene, ID 83814−4737 ) | |
| ) | |
| Social Security No.: xxx−xx−7031 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| _____ ) | |
| ) | |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

\* *Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on  _____                    _____
                        Date                                                                Debtor

B2830 (Form 2830) (12/15)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF IDAHO**

| | |
|---|---|
| In Re: ) | |
| ) | |
| Randall L Tetzner ) | Case Number:    11−21205−TLM |
| 1318 E Locust Ave ) | |
| Coeur D Alene, ID 83814−4737 ) | Chapter Number: 13 |
| ) | |
| Social Security No.: xxx−xx−3552 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Debtor ) | |
| ) ) | |
| Diane L Tetzner ) | |
| 1318 E Locust Ave ) | |
| Coeur D Alene, ID 83814−4737 ) | |
| ) | |
| Social Security No.: xxx−xx−7031 ) | |
| Employer's Tax I.D. No.: ) | |
| ) | |
| Joint Debtor ) | |
| _____ ) | |
| ) | |

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING**
**DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☐  I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐  I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address:_____
_____

*Part III. Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☐  I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐  I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

\* *Amounts are subject to adjustment on 4/01/16, and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on   _____          _____
                        Date                                                  Debtor

United States Bankruptcy Court
District of Idaho

```
In re:                                                          Case No. 11-21205-TLM
Randall L Tetzner                                               Chapter 13
Diane L Tetzner
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0976-2         User: awilliams        Page 1 of 1           Date Rcvd: Jan 30, 2017
                             Form ID: dfds283j       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 01, 2017.
db/jdb          Randall L Tetzner,   Diane L Tetzner,   1318 E Locust Ave,   Coeur D Alene, ID  83814-4737

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                 TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 01, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 30, 2017 at the address(es) listed below:
          Brian R Langford    on behalf of Creditor   Wells Fargo Bank, N.A. brian@mhmlawoffices.com
          C Barry Zimmerman    on behalf of Trustee C Barry Zimmerman barryzimmerman@cda.twcbc.com,
           bzimmerman@ecf.epiqsystems.com;ECFBZID@trustee13.com
          C Barry Zimmerman    barryzimmerman@cda.twcbc.com,
           bzimmerman@ecf.epiqsystems.com;ECFBZID@trustee13.com
          James K Miersma    on behalf of Creditor   Wells Fargo Bank, N.A. ecfid@rcolegal.com,
           aaxelson@rcolegal.com
          Matthew K Shriver    on behalf of Creditor   Wells Fargo Bank, N.A.
           ecfid@rcolegal.com;RCO@ecf.inforuptcy.com,  mshriver@rcolegal.com
          Michael B McFarland    on behalf of Debtor Randall L Tetzner mbm@icehouse.net
          Michael B McFarland    on behalf of Joint Debtor Diane L Tetzner mbm@icehouse.net
          US Trustee    ustp.region18.bs.ecf@usdoj.gov
                                                                         TOTAL: 8