**RCO Legal, P.S.**
300 Main St., Ste. 150
Boise, ID 83702
Phone: 208.489.3035
Fax: 208.854.3998
www.rcolegal.com

Attorneys for Wells Fargo Bank, N.A.

Honorable Judge Myers
Chapter 13

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF IDAHO

In Re:

Randall L Tetzner and
Diane L Tetzner

Debtors.

Chapter 13

Case No. 11-21205-TLM

**DECLARATION IN SUPPORT OF**
**MOTION FOR RELIEF FROM AUTOMATIC STAY**

I, Crystal M. Massey, declare under penalty of perjury as follows:

1. I am a Vice President Loan Documentation of Wells Fargo Bank, N.A ("Wells Fargo") and am authorized to sign this declaration on behalf of Wells Fargo. This declaration is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. As part of my job responsibilities for Wells Fargo, I have personal knowledge of and am familiar with the types of records maintained by Wells Fargo in connection with the account that is the subject of the Motion (the "Account") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Wells Fargo that pertain to the Account and extensions of credit given to the Debtors concerning the property securing such Account.

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
11-21205-TLM
Page - 1

403-ID-V6

3.   The information in this declaration is taken from Wells Fargo's business records regarding the Account.  The records are: (a) made at or near the time of the occurrence of the matters recorded by persons with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; and (b) kept in the course of Wells Fargo's regularly conducted business activities.  It is the regular practice of Wells Fargo to create and maintain such records.

4.   Diane Tetzner has executed and delivered or is otherwise obligated with respect to the attached promissory note (the "Debt Agreement").  The promissory note is either made payable to Creditor or has been duly indorsed.  Creditor, directly or through an agent, has possession of the promissory note.  Pursuant to the attached deed of trust referenced in the Motion (the "Deed of Trust"), all obligations of the Debtors under and with respect to the Debt Agreement and the Deed of Trust are secured by the property referenced in the Motion.  The terms of the Debt Agreement were amended by the attached loan modification agreement entered into by and between Wells Fargo Bank, N.A. and the Debtor(s) dated August 27, 2010 (the "Loan Modification Agreement").

5.   As of September 26, 2017, there are one or more defaults in paying post-petition amounts due with respect to the Debt Agreement.

6.   As of September 26, 2017, the unpaid principal balance of the Debt Agreement is $93,621.23.

7.   The following chart sets forth those post-petition payments, due pursuant to the terms of the Debt Agreement, that have been missed by the Debtors as of September 26, 2017:

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
11-21205-TLM
Page - 2

403-ID-V6

| Number of Missed Payments | From | To | Missed Principal and Interest | Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 3 | July 1, 2017 | September 1, 2017 | $695.16 | $255.14 | $950.30 | $2,850.90 |
| Less post-petition partial payments (suspense balance):  $849.40 | | | | | | |

**Total:**
$2,001.50

8.  As of September 26, 2017 the total post-petition arrearage/delinquency and amount necessary to cure the post-petition default alleged in the Motion is $2,001.50 , consisting of (i) the foregoing total of missed post-petition payments in the amount of $2,001.50, plus (ii) the following post-petition fees[1]:

| Description | Amount |
|---|---|
| N/A | $0.00 |

9.  The following documents are attached as exhibits and incorporated herein by reference:

---

[1] The total of missed post-petition payments for this impounded loan include any missed escrow payments. Such missed escrow payments include amounts assessed for taxes and insurance and any previously assessed escrow shortage amount (if applicable). To avoid duplication, post-petition advances (if any) made for insurance, real estate taxes, or similar charges are not listed separately to the extent such advances would have been paid from the missed escrow payments. As part of the next annual RESPA analysis, Wells Fargo will determine whether the escrow payments assessed to the debtor (including the missed escrow payments) result in a projected escrow shortage or overage. All rights are hereby reserved to assert or request any escrow amounts in accordance with RESPA and the total post-petition arrearage/delinquency is qualified accordingly.

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
11-21205-TLM
Page - 3

403-ID-V6

a) Attached hereto as Exhibit A is a true and correct copy of the Debt Agreement.

b) Attached hereto as Exhibit B is a true and correct copy of the Deed of Trust.

c) Attached hereto as Exhibit C is a true and correct copy of the Loan Modification Agreement.

d) Attached hereto as Exhibit D is a post-petition payment history.

e) Attached hereto as Exhibit E is an addendum listing all fees and charges assessed to the account of the Debtors post-petition.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 27th day of September, 2017.

Crystal M. Massey
Vice President Loan Documentation
Wells Fargo Bank, N.A.

Declaration in Support of Motion for Relief from Stay
and Co-Debtor Stay
11-21205-TLM
Page - 4

403-1D-V6