**Debtor name: DIANE TETZNER**  **Bk Filing Date: 9/15/2011**  **First PP PmtDueDate/Amt: 10/1/2011 / $983.25**

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | | | | | $0.00 |
| | | 10/5/2011 | $1,008.10 | | | $1,008.10 |
| 10/1/2011 | $983.25 | | | 10/7/2011 | $983.25 | $24.85 |
| | | 11/7/2011 | $540.00 | | | $564.85 |
| | | 11/21/2011 | $443.25 | | | $1,008.10 |
| 11/1/2011 | $983.25 | | | 11/23/2011 | $983.25 | $24.85 |
| | | 12/28/2011 | $568.00 | | | $592.85 |
| | | 1/12/2012 | $500.00 | | | $1,092.85 |
| 12/1/2011 | $983.25 | | | 1/13/2012 | $983.25 | $109.60 |
| | | 1/23/2012 | $400.00 | | | $509.60 |
| | | 2/17/2012 | $250.00 | | | $759.60 |
| | | 2/24/2012 | $176.75 | | | $936.35 |
| | | 3/8/2012 | $650.00 | | | $1,586.35 |
| | | 3/12/2012 | $400.00 | | | $1,986.35 |
| 1/1/2012 | $983.25 | | | 3/14/2012 | $983.25 | $19.85 |
| 2/1/2012 | $983.25 | | | 3/14/2012 | $983.25 | $19.85 |
| | | 3/19/2012 | $600.00 | | | $619.85 |
| 3/1/2012 in Consent Order | | 3/23/2012 | ($19.85) | | | $600.00 |
| | | 4/4/2012 | $600.00 | | | $1,219.85 |
| 4/1/2012 | $983.25 | | | 4/9/2012 | $983.25 | $236.60 |
| | | 4/10/2012 | $1,100.00 | | | $1,336.60 |
| Co-Mingled Adj. Funds part of $1,624.16 | | 4/10/2012 | ($1,336.60) | | | $0.00 |
| | | 4/23/2012 | $250.00 | | | $250.00 |
| Co-Mingled Adj. Funds part of $1,624.16 | | 5/8/2012 | ($250.00) | | | $0.00 |
| | | 5/11/2012 | $990.00 | | | $1,240.00 |
| Co-Mingled Adj. Funds part of $1,624.16 | | 5/18/2012 | ($37.56) | | | $1,202.44 |
| | | 6/11/2012 | $500.00 | | | $1,452.44 |
| | | 6/15/2012 | $16.75 | | | $1,469.19 |
| | | 6/15/2012 | $483.25 | | | $1,952.44 |
| 5/1/2012 | $983.25 | | | 6/29/2012 | $983.25 | $969.19 |
| | | 7/23/2012 | $500.00 | | | $1,469.19 |
| 6/1/2012 | $983.25 | | | 8/1/2012 | $983.25 | $485.94 |
| | | 8/6/2012 | $500.00 | | | $985.94 |
| 7/1/2012 | $983.25 | | | 8/13/2012 | $983.25 | $2.69 |

Exhibit D

**Case Number: 11-21205**

# Exhibit D

**Debtor name: DIANE TETZNER**     Bk Filing Date: 9/15/2011     First PP PmtDueDate/Amt: 10/1/2011 / $983.25

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | 8/31/2012 | $1,300.00 | | | $1,302.69 |
| 8/1/2012 | $983.25 | | | 9/5/2012 | $983.25 | $319.44 |
| | | 10/9/2012 | $985.00 | | | $1,304.44 |
| 9/1/2012 | $983.25 | | | 10/11/2012 | $983.25 | $321.19 |
| | | 11/12/2012 | $600.00 | | | $921.19 |
| | | 12/3/2012 | $2,000.00 | | | $2,921.19 |
| | | 12/4/2012 | $990.00 | | | $3,911.19 |
| | | 1/3/2013 | $993.61 | | | $4,904.80 |
| 10/1/2012 | $993.61 | | | 1/8/2013 | $1,024.69 | $930.36 |
| 11/1/2012 | $993.61 | | | 1/8/2013 | $983.25 | $930.36 |
| 12/1/2012 | $993.61 | | | 1/8/2013 | $983.25 | $930.36 |
| 1/1/2013 | $993.61 | | | 1/8/2013 | $983.25 | $930.36 |
| | | 2/1/2013 | $993.61 | | | $1,923.97 |
| | | 3/4/2013 | $995.00 | | | $2,918.97 |
| 2/1/2013 | $993.61 | | | 3/24/2013 | $993.61 | $1,925.36 |
| 3/1/2013 | $993.61 | | | 3/29/2013 | $993.61 | $931.75 |
| | | 4/10/2013 | $350.00 | | | $1,281.75 |
| 4/1/2013 | $993.61 | | | 5/1/2013 | $993.61 | $288.14 |
| | | 6/10/2013 | $700.00 | | | $988.14 |
| | | 7/3/2013 | $999.08 | | | $1,987.22 |
| 5/1/2013 | $993.61 | | | 7/8/2013 | $993.61 | $0.00 |
| 6/1/2013 | $993.61 | | | 7/8/2013 | $993.61 | $0.00 |
| | | 8/9/2013 | $1,000.00 | | | $1,000.00 |
| 7/1/2013 | $993.61 | | | 8/12/2013 | $993.61 | $6.39 |
| | | 9/5/2013 | $1,000.00 | | | $1,006.39 |
| 8/1/2013 | $983.28 | | | 9/10/2013 | $983.28 | $23.11 |
| 9/1/2013 | $983.28 | 9/17/2013 | $999.08 | 9/17/2013 | $983.28 | $38.91 |
| | | 9/30/2013 | $1,000.00 | | | $1,038.91 |
| 10/1/2013 | $983.28 | | | 10/3/2013 | $983.28 | $55.63 |
| | | 11/13/2013 | $1,000.00 | | | $1,055.63 |
| 11/1/2013 | $983.28 | | | 11/14/2013 | $983.28 | $72.35 |
| | | 12/12/2013 | $1,000.00 | | | $1,072.35 |
| 12/1/2013 | $983.28 | | | 12/13/2013 | $983.28 | $89.07 |
| | | 1/9/2014 | $1,000.00 | | | $1,089.07 |
| 1/1/2014 | $983.28 | | | 1/10/2014 | $983.28 | $105.79 |
| | | 2/6/2014 | $1,000.00 | | | $1,085.94 |

**Case Number: 11-21205**     Page 2 of 5

**Debtor name:  DIANE TETZNER**     Bk Filing Date:  9/15/2011     **First PP PmtDueDate/Amt:  10/1/2011 / $983.25**

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| 2/1/2014 | $983.28 | | | 2/7/2014 | $983.28 | $102.66 |
| | | 3/6/2014 | $1,000.00 | | | $1,102.66 |
| 3/1/2014 | $983.28 | | | 3/7/2014 | $983.28 | $119.38 |
| | | 4/8/2014 | $1,000.00 | | | $1,119.38 |
| 4/1/2014 | $983.28 | | | 4/9/2014 | $983.28 | $136.10 |
| | | 5/15/2014 | $1,000.00 | | | $1,136.10 |
| 5/1/2014 | $983.28 | | | 5/19/2014 | $983.28 | $152.82 |
| | | 6/6/2014 | $1,000.00 | | | $1,152.82 |
| 6/1/2014 | $983.28 | | | 6/9/2014 | $983.28 | $169.54 |
| | | 7/9/2014 | $1,000.00 | | | $1,169.54 |
| 7/1/2014 | $983.28 | | | 7/10/2014 | $983.28 | $186.26 |
| | | 8/1/2014 | $1,000.00 | | | $1,186.26 |
| | | 9/8/2014 | $1,000.00 | | | $2,186.26 |
| 8/1/2014 | $1,195.47 | | | 9/9/2014 | $1,195.47 | $990.79 |
| | | 10/10/2014 | $1,244.30 | | | $2,235.09 |
| 9/1/2014 | $1,117.44 | | | 10/13/2014 | $1,117.44 | $0.21 |
| 10/1/2014 | $1,117.44 | | | 10/13/2014 | $1,117.44 | $0.21 |
| | | 11/12/2014 | $600.00 | | | $600.21 |
| | | 12/5/2014 | $1,200.00 | | | $1,800.21 |
| 11/1/2014 | $1,117.44 | | | 12/8/2014 | $1,117.44 | $682.77 |
| | | 1/5/2015 | $1,400.00 | | | $2,082.77 |
| 12/1/2014 | $1,117.44 | | | 1/6/2015 | $1,117.44 | $965.33 |
| | | 2/4/2015 | $1,400.00 | | | $2,365.33 |
| 1/1/2015 | $1,117.44 | | | 2/5/2015 | $1,117.44 | $130.45 |
| 2/1/2015 | $1,117.44 | | | 2/5/2015 | $1,117.44 | $130.45 |
| | | 3/10/2015 | $1,100.00 | | | $1,230.45 |
| 3/1/2015 | $1,117.44 | | | 3/12/2015 | $1,117.44 | $113.01 |
| | | 4/27/2015 | $600.00 | | | $713.01 |
| | | 5/18/2015 | $1,200.00 | | | $1,913.01 |
| | | 5/22/2015 | $321.87 | | | $2,234.88 |
| 4/1/2015 | $1,117.44 | | | 6/5/2015 | $1,117.44 | $0.00 |
| 5/1/2015 | $1,117.44 | | | 6/5/2015 | $1,117.44 | $0.00 |
| | | 7/10/2015 | $2,400.00 | | | $2,400.00 |
| 6/1/2015 | $1,117.44 | | | 7/14/2015 | $1,117.44 | $165.12 |
| 7/1/2015 | $1,117.44 | | | 7/14/2015 | $1,117.44 | $165.12 |
| | | 8/24/2015 | $850.00 | | | $1,015.12 |

**Case Number:  11-21205**

**Debtor name:  DIANE TETZNER**      Bk Filing Date:  9/15/2011       First PP PmtDueDate/Amt:  10/1/2011 / $983.25

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| 8/1/2015 | $928.32 | | | 8/25/2015 | $928.32 | $86.80 |
| | | 9/30/2015 | $400.00 | | | $486.80 |
| | | 10/22/2015 | $1,687.95 | | | $2,174.75 |
| Write off for PCN error | | 10/22/2015 | ($1,687.95) | 10/22/2015 | ($1,687.95) | $2,174.75 |
| 9/1/2015 | $928.32 | | | 10/28/2015 | $928.32 | $1,246.43 |
| 10/1/2015 | $928.32 | | | 10/28/2015 | $928.32 | $318.11 |
| | | 10/29/2015 | $400.00 | | | $718.11 |
| | | 11/23/2015 | $600.00 | | | $1,318.11 |
| 11/1/2015 | $928.32 | | | 11/24/2015 | $928.32 | $389.79 |
| | | 12/8/2015 | $1,000.00 | | | $1,389.79 |
| 12/1/2015 | $928.32 | | | 12/9/2015 | $928.32 | $461.47 |
| | | 1/8/2016 | $928.32 | | | $1,389.79 |
| 1/1/2016 | $928.32 | | | 1/11/2016 | $928.32 | $461.47 |
| | | 2/10/2016 | $928.32 | | | $1,389.79 |
| 2/1/2016 | $928.32 | | | 2/11/2016 | $928.32 | $461.47 |
| | | 2/21/2016 | $641.00 | | | $1,102.47 |
| Suspense Adj. | | 2/21/2016 | ($641.00) | 2/21/2016 | ($641.00) | $1,102.47 |
| 3/1/2016 | $928.32 | | | 2/24/2016 | $928.32 | $174.15 |
| | | 3/15/2016 | $928.32 | | | $1,102.47 |
| 4/1/2016 | $928.32 | | | 3/16/2016 | $928.32 | $174.15 |
| | | 5/6/2016 | $900.17 | | | $1,074.32 |
| 5/1/2016 | $900.17 | | | 5/9/2016 | $900.17 | $174.15 |
| 6/1/2016 | $900.17 | 6/17/2016 | $900.17 | 6/17/2016 | $900.17 | $174.15 |
| | | 7/8/2016 | $450.00 | | | $624.15 |
| | | 7/18/2016 | $450.17 | | | $1,074.32 |
| 7/1/2016 | $900.17 | | | 7/19/2016 | $900.17 | $174.15 |
| | | 7/26/2016 | $1,026.00 | | | $1,200.15 |
| 8/1/2016 | $900.17 | | | 8/1/2016 | $900.17 | $299.98 |
| | | 8/12/2016 | $300.00 | | | $599.98 |
| | | 9/7/2016 | $900.00 | | | $1,499.98 |
| 9/1/2016 | $900.17 | | | 9/8/2016 | $900.17 | $599.81 |
| | | 10/11/2016 | $700.00 | | | $1,299.81 |
| 10/1/2016 | $1,038.83 | | | 10/12/2016 | $1,038.83 | $260.98 |
| | | 10/25/2016 | $300.00 | | | $560.98 |
| | | 11/10/2016 | $600.00 | | | $1,160.98 |
| 11/1/2016 | $1,038.83 | | | 11/14/2016 | $1,038.83 | $122.15 |

**Case Number:  11-21205**

**Debtor name:  DIANE TETZNER**          Bk Filing Date:  9/15/2011          First PP PmtDueDate/Amt:  10/1/2011 / $983.25

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | | | 11/18/2016 | $430.00 | | | $552.15 |
| | | | 12/16/2016 | $539.00 | | | $1,091.15 |
| | 12/1/2016 | $1,038.83 | | | 12/19/2016 | $1,038.83 | $52.32 |
| | | | 1/16/2017 | $700.00 | | | $752.32 |
| | | | 2/24/2017 | $786.51 | | | $1,538.83 |
| | 1/1/2017 | $1,038.83 | | | 2/27/2017 | $1,038.83 | $500.00 |
| | | | 4/13/2017 | $538.83 | | | $1,038.83 |
| | 2/1/2017 | $1,038.83 | | | 4/14/2017 | $1,038.83 | $0.00 |
| | | | 4/25/2017 | $500.00 | | | $500.00 |
| | | | 5/5/2017 | $450.30 | | | $950.30 |
| | 3/1/2017 | $950.30 | | | 5/8/2017 | $950.30 | $0.00 |
| | | | 6/18/2017 | $1,300.00 | | | $1,300.00 |
| | 4/1/2017 | $950.30 | | | 6/19/2017 | $950.30 | $349.70 |
| | | | 7/3/2017 | $950.30 | | | $1,300.00 |
| | 5/1/2017 | $950.30 | | | 7/5/2017 | $950.30 | $349.70 |
| | | | 7/31/2017 | $279.00 | | | $628.70 |
| | | | | | 8/1/2017 | $279.00 | $349.70 |
| | | | 8/6/2017 | $850.00 | | | $1,199.70 |
| | 6/1/2017 | $950.30 | | | 8/7/2017 | $950.30 | $249.40 |
| | | | 9/10/2017 | $25.00 | | | $274.40 |
| | | | 9/10/2017 | $500.00 | | | $774.40 |
| | | | 9/26/2017 | $75.00 | | | $849.40 |
| | 7/1/2017 | $950.30 | | | | | |
| | 8/1/2017 | $950.30 | | | | | |
| | 9/1/2017 | $950.30 | | | | | |
| | | | | | | | |
| Totals | | $70,740.50 | | $66,689.05 | | $65,839.65 | |

**Case Number:  11-21205**