# Exhibit E

### Post-Petition Fee Breakdown Addendum

| DESCRIPTION OF FEE OR CHARGE | DATE INCURRED | AMOUNT |
|---|---|---|
| NA | NA | NA |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL FEES AND CHARGES DUE | N/A | $0.00 |

403-ID-V6

**Exhibit E**