UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case Number 11-21205-TLM |
| Randall L Tetzner and Diane L Tetzner | Chapter 13 |
| Debtors. | |

## ORDER FOR RELIEF FROM STAY BY WELLS FARGO BANK, N.A.

Upon consideration of the record before this Court and the Motion for Relief from the Automatic Stay filed by Wells Fargo Bank, N.A. ("Movant"), Docket #60 ("Motion"), with notice of the Motion having been given in accordance with the applicable Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rules, and no objections having been raised, and good cause existing:

**IT IS HEREBY ORDERED:**

The automatic stay imposed by 11 U.S.C. § 362(a) is hereby terminated as to Movant and to the subject property described as:

Real property located at 1318 E Locust Ave, Coeur D Alene, ID, 83814 and legally described as follows:

**LOT 10, BLOCK 1, LOCUST ADDITION, ACCORDING TO THE PLAT RECORDED IN BOOK "F" OF PLATS, PAGES 13, RECORDS OF KOOTNAI COUNTY, IDAHO.**

//
//
//

Order Granting Relief from Stay - P. 1

**\*IT IS FURTHER ORDERED** that the 14 day stay imposed by F.R.B.P. 4001(a)(3) is hereby waived and this order shall be effective immediately.

//end of text//

DATED:  October 20, 2017



TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Submitted by:

_/s/ James Miersma__
James Miersma, ISB# 6549
Attorney for Wells Fargo Bank, N.A.

Order Granting Relief from Stay - P. 2