# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0976–2 | User: awilliams | Date Created: 10/20/2017 |
| Case: 11–21205–TLM | Form ID: pdf017 | Total: 4 |

**Recipients of Notice of Electronic Filing:**

ust       US Trustee       ustp.region18.bs.ecf@usdoj.gov
aty       Michael B McFarland       mbm@icehouse.net

TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db       Randall L Tetzner       1318 E Locust Ave       Coeur D Alene, ID 83814–4737
jdb       Diane L Tetzner       1318 E Locust Ave       Coeur D Alene, ID 83814–4737

TOTAL: 2